WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-06-208-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Martin Nevarez, | ) | |
| Defendant. | ) | |

This matter arises on Defendant's Motion To Extend Time To Surrender[1] (no docket # at this time), filed on or about May 19, 2006. Defendant seeks an order extending his self-surrender date from June 1, 2006 to July 5, 2006.

There being no objection by the Government and good cause appearing,

**IT IS ORDERED** that Defendant's Motion To Extend Time To Surrender is **GRANTED** and hereby amending the Amended Judgment (docket # 15), entered on March 3, 2006, as follows:

> The Court orders the Defendant to self-surrender to the U.S. Marshal Service at the Sandra Day O'Connor U.S. Courthouse on Wednesday, July 5, 2006 on or before 10:00 a.m. for commitment to the custody of the Bureau of Prisons.

DATED this 22nd day of May, 2006.

Lawrence O. Anderson
United States Magistrate Judge

---

[1] The subject Motion erroneously used the former case number: CR06-3050M.